UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KING COUNTY, a home rule charter county,

    Plaintiff,

v.

MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; ANDREW J. FARACI; ALLISA E. FARACI; PATRICIA J. HARRELL; ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI; MICHAEL PARROTT; and DIANE PARROTT,

    Defendants.

NO. 2:20-cv-00060

NOTICE OF APPEARANCE

TO:     THE CLERK OF COURT

AND TO:     ALL PARTIES OF RECORD

    PLEASE BE ADVISED AND TAKE NOTICE that Maxwell C. Burke of Cairncross & Hempelmann, P.S. hereby also appears as attorney of record for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch; Jennifer C. Baisch; Jody J. Brewster; Michael Parrott; and Diane Parrott, without waiving any defenses, including but not limited to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process,

NOTICE OF APPEARANCE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04165374.DOCX;2 }

insufficiency of service of process, misjoinder or non-joinder, and hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the rights of said parties, except original process, be served upon the undersigned attorneys at the address stated below:

> Stephen P. Vanderhoef, WSBA No. 20088
> E-mail: svanderhoef@cairncross.com
>
> Randall P. Olsen, WSBA No. 38488
> Email: rolsen@cairncross.com
>
> Jonathan Tebbs, WSBA No. 53861
> E-mail: jtebbs@cairncross.com
>
> Maxwell C. Burke, WSBA No. 49806
> E-mail: mburke@cairncross.com
>
> 524 Second Avenue, Suite 500
> Seattle, WA  98104-2323

Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch; Jennifer C. Baisch; Jody J. Brewster; Michael Parrott; and Diane Parrott.

DATED this 12th day of March, 2021.

CAIRNCROSS & HEMPELMANN, P.S.

By: /s/ Maxwell C. Burke
Stephen P. Vanderhoef WSBA No. 20088
E-mail: svanderhoef@cairncross.com
Randall P. Olsen, WSBA No. 38488
Email: rolsen@cairncross.com
Jonathan Tebbs WSBA No. 53861
E-mail: jtebbs@cairncross.com
Maxwell C. Burke, WSBA No. 49806
E-mail: mburke@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch; Jennifer C. Baisch; Jody J. Brewster; Michael Parrott; and Diane Parrott

NOTICE OF APPEARANCE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04165374.DOCX;2 }

**Certificate of Service**

I, Kristi Beckham, certify under penalty of perjury of the laws of the State of Washington that on March 12, 2021, I electronically filed this document entitled NOTICE OF APPEARANCE using the CM/ECF system which will send notification of such filing to the following persons:

Benjamin C Byers   bbyers@corrcronin.com, dpatterson@corrcronin.com

Clayton Graham   claytongraham@dwt.com, SEADocket@dwt.com, tonigilbert@dwt.com

David JW Hackett   david.hackett@kingcounty.gov, kris.bridgman@kingcounty.gov, rmunozcintron@kingcounty.gov

Emily J Harris   eharris@corrcronin.com, cnelson@corrcronin.com, reception@corrcronin.com

James E Howard   jimhoward@dwt.com, jennifergreen@dwt.com, SEADocket@dwt.com

Jonathan David Tebbs   jtebbs@cairncross.com, JDTebbs@gmail.com, kcoselman@cairncross.com

Randall P Olsen   rolsen@cairncross.com, rwang@cairncross.com

Richard M Stephens   stephens@sklegal.pro, jills@sklegal.pro

Stephen P VanDerhoef   svanderhoef@cairncross.com, ecfdistrictcourt@cairncross.com, gglosser@cairncross.com

Walker C. Stanovsky   WalkerStanovsky@dwt.com, nancyfoley@dwt.com

DATED this 11th day of March, 2021, at Seattle, Washington.

/s/ Kristi Beckham
Kristi Beckham, Legal Assistant
CAIRNCROSS & HEMPELMANN, P.S.
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 254-4401
Facsimile: (206) 587-2308
E-mail: kbeckham@cairncross.com

NOTICE OF APPEARANCE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04165374.DOCX;2 }