HONORABLE S. KATE VAUGHAN
HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ABERNATHY et al.<br><br>　　　　　Defendants. | CASE NO. C20-0060-RAJ-SKV<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS ABERNATHY, BAISCH, BREWSTER, CROW, MILKOWSKI, AND PARROTT'S MOTION TO FILE OVER-LENGTH BRIEF |

Having considered the files herein and the Motion to File Over-Length Brief ("Motion"), Dkt. 97, which was submitted by Defendants Abernathy, Baisch, Brewster, Crow, Milkowski, and Parrott ("Abernathy Defendants"), the Court hereby ORDERS as follows:

The Motion is **GRANTED**. Objections and responses pursuant to LCR 72 shall not exceed twenty-four pages.

ORDERED this 2nd day of August, 2021.

　　　　　　　　　　　　　　　　　　　_/s/ S. Kate Vaughan_
　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS ABERNATHY, BAISCH, BREWSTER, CROW, MILKOWSKI, AND PARROTT'S MOTION TO FILE OVER-LENGTH BRIEF - 1

{04367208.DOCX;2 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


/s/ *Randall P. Olsen*
Stephen P. Vanderhoef, WSBA No. 20088
Email: svanderhoef@cairncross.com
Randall P. Olsen, WSBA No. 38488
Email: rolsen@cairncross.com
Maxwell Burke WSBA No. 49806
Email: mburke@cairncross.com
Jonathan Tebbs WSBA No. 53861
Email: jtebbs@cairncross.com
 524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch; Jennifer C. Baisch; Jody J. Brewster; Michael Parrott; and Diane Parrott

[PROPOSED] ORDER GRANTING DEFENDANTS ABERNATHY, BAISCH, BREWSTER, CROW, MILKOWSKI, AND PARROTT'S MOTION TO FILE OVER-LENGTH BRIEF - 2

{04367208.DOCX;2 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308