THE HONORABLE S. KATE VAUGHAN
THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI; MICHAEL PARROTT; AND DIANE PARROTT,<br><br>Defendants. | Case No. C20-0060-RAJ-SKV<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION<br><br>NOTED FOR CONSIDERATION: AUGUST 3, 2021<br><br>CLERK'S ACTION REQUIRED |

**STIPULATION**

Pursuant to LCR 10(g), 7(d)(1), and 72(b), the parties to the above-captioned matter hereby stipulate and jointly request that the Court extend the deadline to August 23, 2021 for all parties to object to the Report and Recommendation entered on July 26, 2021 (ECF No. 96). The Report and Recommendation sets forth Magistrate Judge S. Kate Vaugh's rulings on the parties' motions for summary judgment, which involve numerous, complex legal issues. The Report and Recommendation required objections to be filed within fourteen (14) days from the date of entry—i.e. August 9, 2021. *See* ECF No. 96 at 59. The parties jointly request a two-week extension of the objection deadline to provide them additional time to review and analyze the findings and

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

conclusions set forth in the Report and Recommendation and prepare any objections to preserve all rights for any appeal.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  All parties shall have until **August 23, 2021** to file any objection to the Report and Recommendation entered on July 26, 2021 (ECF No. 96).  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within fourteen (14) days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on August 27, 2021.

Dated this 4th day of August, 2021.

_____
S. KATE VAUGHAN
United States Magistrate Judge

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Dated: August 3, 2021

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *s/ James E. Howard*
    Clayton P. Graham, WSBA #38266
    James E. Howard, WSBA #37259
    Walker Stanovsky, WSBA #49919
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    E-mail: claytongraham@dwt.com
    E-mail: jimhoward@dwt.com
    E-mail: walkerstanovsky@dwt.com

*Attorneys for Defendant Patricia J. Harrell*

Dated: August 3, 2021

Respectfully submitted,

CAIRNCROSS & HEMPELMANN, P.S.

By: *s/ Randall P. Olsen (per email authorization)*
    Randall P. Olsen, WSBA #38488
    Stephen P. Vanderhoef, WSBA #20088
    Jonathan Tebbs, WSBA #53861
    Maxwell C. Burke, WSBA #49806
    524 Second Avenue, Suite 500
    Seattle, WA  98104-2323
    E-mail: svanderhoef@cairncross.com
    E-mail: rolsen@cairncross.com
    E-mail: jtebbs@cairncross.com
    E-mail: mburke@cairncross.com

*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Howard M. Crow; Margaret W. Crow; Andrzej Milkowski; Lisa M. Milkowski; Michael Parrott, and Diane Parrott*

Dated: August 3, 2021

Respectfully submitted,

CORR CRONIN, LLP

By: *s/ Emily J. Harris (per email authorization)*
    Emily J. Harris, WSBA #35763
    Benjamin C. Byers, WSBA #52299
    Special Deputy Prosecuting Attorneys
    1001 4th Avenue, Suite 3900
    Seattle, WA 98154-1051
    Email: bbyers@corrcronin.com
    Email: eharris@corrcronin.com

*Attorneys for Plaintiff King County*

Dated: August 3, 2021

Respectfully submitted,

STEPHENS & KLINGE LLP

By: *s/ Richard M. Stephens (per email authorization)*
    Richard M. Stephens, WSBA #21776
    10900 NE 4th Street, Suite 2300
    Bellevue, WA  98004
    Email:  Stephens@SKLegal.pro

*Attorneys for Defendants Warren and Vicki Beres*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax