HONORABLE RICHARD A. JONES
HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY, a home rule charter county,

    Plaintiff,

v.

MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; ANDREW J. FARACI; ALLISA E. FARACI; PATRICIA J. HARRELL; ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI; MICHAEL PARROTT; AND DIANA PARROTT,

    Defendants.

Case No. C20-0060-RAJ-SKV

**ORDER GRANTING STIPULATED MOTION TO MODIFY EXPERT DISCLOSURE DEADLINES**

~~(PROPOSED)~~

This case has been referred to the undersigned United States Magistrate Judge. Having reviewed the Stipulated Motion to Modify Expert Disclosure Deadlines, the Court hereby modifies the pretrial schedule in this case, Dkt. 94, as follows:

---

ORDER GRANTING STIPULATED MOTION TO MODIFY
EXPERT DISCLOSURE DEADLINES ~~(PROPOSED)~~ – 1
(Case No. C20-0060-RAJ-SKV)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

| Event | Date |
|---|---|
| Disclosure of Expert testimony FRCP 26(a)(2) due | 10/22/2021 |
| Disclosure of rebuttal expert testimony under FRCP 26(A)(2) due | 11/12/2021 |

ORDERED this 30th day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ David Hackett*
DAVID HACKETT, WSBA #21236
Email: david.hackett@kingcounty.gov
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
500 Fourth Ave., 9th Floor
Seattle, WA 98104
Telephone: (206) 296-8820
Fax: (206) 296-8819

By: *s/ Emily J. Harris*
EMILY J. HARRIS, WSBA #35763
Email: eharris@corrcronin.com
BENJAMIN C. BYERS, WSBA #52299
Email: bbyers@corrcronin.com

ORDER GRANTING STIPULATED MOTION TO MODIFY
EXPERT DISCLOSURE DEADLINES (PROPOSED) – 2
(Case No. C20-0060-RAJ-SKV)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

| | |
|---|---|
| 1 | Special Deputy Prosecuting Attorneys |
| | Corr Cronin LLP |
| 2 | 1001 Fourth Avenue, Suite 3900 |
| | Seattle, WA 98154 |
| 3 | Telephone: (206) 625-8600 |
| | Fax: (206) 625-0900 |
| 4 | *Attorneys for Plaintiff King County* |
| 5 | |
| | -and- |
| 6 | |
| | CAIRNCROSS & HEMPELMANN, P.S. |
| 7 | |
| | By: *s/ Randall Olsen (via email authorization)* |
| 8 | Stephen P. Vanderhoef, WSBA No. 20088 |
| | Email: svanderhoef@cairncross.com |
| 9 | Randall P. Olsen, WSBA No. 38488 |
| | Email: rolsen@cairncross.com |
| 10 | Maxwell Burke WSBA No. 49806 |
| 11 | Email: mburke@cairncross.com |
| | Jonathan Tebbs WSBA No. 53861 |
| 12 | Email: jtebbs@cairncross.com |
| | 524 Second Avenue, Suite 500 |
| 13 | Seattle, WA  98104-2323 |
| | Telephone: (206) 587-0700 |
| 14 | Facsimile: (206) 587-2308 |
| 15 | *Attorneys for Defendants Michael J. Abernathy,* |
| | *Tina M. Abernathy, Scott C. Baisch; Jennifer C.* |
| 16 | *Baisch; Jody J. Brewster; Michael Parrott; and* |
| | *Diane Parrott* |
| 17 | |
| | -and- |
| 18 | |
| 19 | STEPHENS & KLINGE LLP |
| 20 | By: *s/ Richard M. Stephens (via email authorization)* |
| | Richard M. Stephens, WSBA #21776 |
| 21 | Email: stephens@sklegal.pro |
| 22 | Charles A. Klinge, WSBA #26093 |
| | Stephens & Klinge LLP |
| 23 | 10900 NE 4th Street, Suite 2300 |
| | Bellevue, WA 98004 |
| 24 | *Attorneys for Defendants Warren and Vicki Beres* |
| 25 | |
| | -and- |

ORDER GRANTING STIPULATED MOTION TO MODIFY
EXPERT DISCLOSURE DEADLINES (PROPOSED) – 3
(Case No. C20-0060-RAJ-SKV)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819

DAVIS WRIGHT TREMAINE LLP

By: *s/ Clayton P. Graham (via email authorization)*
Clayton P. Graham, WSBA #38266
Email: claytongraham@dwt.com
James E. Howard, WSBA #37259
Email: jimhoward@dwt.com
Walker Stanovsky, WSBA # 49919
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
*Attorneys for Defendant Patricia J. Harrell*

---

ORDER GRANTING STIPULATED MOTION TO MODIFY
EXPERT DISCLOSURE DEADLINES (PROPOSED) – 4
(Case No. C20-0060-RAJ-SKV)

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) (296-8820 Fax (206) 296-8819