THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>                  Plaintiff,<br>   v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI; MICHAEL PARROTT; AND DIANE PARROTT,<br><br>                  Defendants. | No. 2:20-cv-00060-DGE<br><br>DEFENDANT PATRICIA J. HARRELL'S FRCP 26(a)(2) REBUTTAL EXPERT DISCLOSURE |

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), and this Court's October 20, 2021 Order Granting Defendants' Motion to Alter Pretrial Schedule (Dkt. 133), Defendant Patricia J. Harrell makes the following disclosure of expert testimony: All experts disclosed by defendants Abernathy, Baisch, Brewster, Crow, Milkowski, and Parrott, as disclosed in the appendices to their disclosure.

//

//

//

DEFENDANT HARRELL'S
FRCP 26(A)(2) REBUTTAL EXPERT DISCLOSURE - 1
(2:20-cv-00060-DGE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 11th day of February, 2022, at Seattle, Washington.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *s/ Walker Stanovsky*
   Clayton P. Graham, WSBA #38266
   James E. Howard, WSBA #37259
   Walker Stanovsky, WSBA #49919
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   E-mail: claytongraham@dwt.com
   E-mail: jimhoward@dwt.com
   E-mail: walkerstanovsky@dwt.com

*Attorneys for Defendant Patricia J. Harrell*

DEFENDANT HARRELL'S
FRCP 26(A)(2) REBUTTAL EXPERT DISCLOSURE - 2
(2:20-cv-00060-DGE)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax