HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI; MICHAEL PARROTT; AND DIANE PARROTT,<br><br>Defendants. | NO. 2:20-CV-00060-DGE<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR ALTERING PRETRIAL SCHEDULE**<br><br>NOTED FOR CONSIDERATION: FEBRUARY 24, 2022 |

**STIPULATION**

With the stipulated consent of Plaintiff King County and all Defendants, Defendants move the Court for an order resetting the remaining pretrial deadlines as set forth below. Until such time as the Court issues orders on the parties' pending motions, it will be inefficient and unnecessarily costly to proceed under the remaining pretrial deadlines described below. For the same reasons cited by the Court in its prior order resetting the pretrial deadlines (Dkt. 133 at 3), including

STIPULATED MOTION AND [PROPOSED] ORDER FOR ALTERING PRETRIAL SCHEDULE - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04507599.DOCX;1 }

"promoting a more efficient and cost-effective disposition of the case," the parties submit with this Motion a Proposed Order setting a new pretrial schedule as follows:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d) or LCR 37(a)(2)) | June 10, 2022 |
| Discovery to be completed by | July 22, 2022 |
| All dispositive motions must be filed by this date | August 26, 2022 |

DATED this 24th day of February, 2022.

CAIRNCROSS & HEMPELMANN, P.S.

/s/ *Randall P. Olsen*
Randall P. Olsen, WSBA No. 38488
Email: rolsen@cairncross.com
Stephen P. Vanderhoef WSBA No. 20088
E-mail: svanderhoef@cairncross.com
Jonathan Tebbs WSBA No. 53861
E-mail: jtebbs@cairncross.com
Maxwell C. Burke, WSBA No. 49806
E-mail: mburke@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Howard M. Crow, Margaret W. Crow, Andrzej Milkowski, Lisa M. Milkowski, Michael Parrott, and Diane Parrott*

STIPULATED MOTION AND [PROPOSED] ORDER FOR ALTERING PRETRIAL SCHEDULE - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04507599.DOCX;1 }

STEPHENS & KLINGE LLP
By: /s/ Richard M. Stephens (per email authorization received 2.21.2022)
Richard M. Stephens, WSBA #21776
Email: stephens@sklegal.pro
Charles A. Klinge, WSBA #26093
Stephens & Klinge LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
*Attorneys for Defendants Warren and Vicki Beres*

-and-

DAVIS WRIGHT TREMAINE LLP
By: /s/ Walker Stanovsky (per email authorization received 2.18.2022)
Clayton P. Graham, WSBA #38266
Email: claytongraham@dwt.com
James E. Howard, WSBA #37259
Email: jimhoward@dwt.com
Walker Stanovsky, WSBA # 49919
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
*Attorneys for Defendant Patricia J. Harrell*

-and-

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: /s/ Emily J. Harris (per email authorization received 2.24.2022)
EMILY J. HARRIS, WSBA #35763
BENJAMIN C. BYERS, WSBA #52299
Special Deputy Prosecuting Attorneys
Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600 / Fax: (206) 625-0900
Email: eharris@corrcronin.com
bbyers@corrcronin.com
*Attorneys for Plaintiff King County*

---

STIPULATED MOTION AND [PROPOSED] ORDER FOR ALTERING PRETRIAL SCHEDULE - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04507599.DOCX;1 }

# [PROPOSED] ORDER

The Court hereby GRANTS the foregoing Stipulated Motion for Altering Pretrial Schedule. The Clerk is directed to revise the pretrial schedule as follows:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d) or LCR 37(a)(2)) | June 10, 2022 |
| Discovery to be completed by | July 22, 2022 |
| All dispositive motions must be filed by this date | August 26, 2022 |

ORDERED this _____ day of _____, 2022.

_____
THE HONORABLE DAVID G. ESTUDILLO,
UNITED STATES DISTRICT COURT JUDGE

Presented by:

CAIRNCROSS & HEMPELMANN, P.S.


 /s/  Randall P. Olsen
Stephen P. Vanderhoef, WSBA No. 20088
Email: svanderhoef@cairncross.com
Randall P. Olsen, WSBA No. 38488
Email: rolsen@cairncross.com
Maxwell Burke WSBA No. 49806
Email: mburke@cairncross.com
Jonathan Tebbs WSBA No. 53861
Email: jtebbs@cairncross.com
 524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for  Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch; Jennifer C. Baisch; Jody J. Brewster; Michael Parrott; and Diane Parrott

STIPULATED MOTION AND [PROPOSED] ORDER FOR ALTERING PRETRIAL SCHEDULE - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04507599.DOCX;1 }