HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KING COUNTY, a home rule charter county,

Plaintiff,

v.

MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI; MICHAEL PARROTT; AND DIANE PARROTT,

Defendants.

NO. 2:20-CV-00060-DGE

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION

THIS MATTER came before the Court on the Stipulated Motion of the Parties to Substitute Named Defendant and Amend Case Caption. The Court has reviewed and considered the Motion and all other relevant pleadings and papers filed in this action. The Court, being fully advised, hereby finds that 2263 E Lake Sammamish Pl Sammamish LLC now holds the property interests that made Defendants Andrzej Milkowski and Lisa M. Milkowski proper parties to this lawsuit. Therefore, under Fed. R. Civ. P. 25(c), 2263 E Lake Sammamish Pl Sammamish LLC should be substituted for Andrzej Milkowski and Lisa M. Milkowski as a Defendant in this lawsuit.

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{04632082.DOCX;1 }

NOW, THEREFORE, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. The Stipulated Motion to Substitute Named Defendants and Amend Case Caption is GRANTED.

2. 2263 E Lake Sammamish Pl Sammamish LLC is SUBSTITUTED for Defendants Andrzej Milkowski and Lisa M. Milkowski as a party in this case.

3. The case caption is AMENDED to read as follows:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; and 2263 E LAKE SAMMAMISH PL SAMMAMISH LLC, a Washington limited liability company,<br><br>Defendants. | NO. 2:20-CV-00060-DGE |

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 2

{04632082.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

DONE IN COURT this 20th day of January 2023.

_____
David G. Estudillo
United States District Judge

Presented By:
CAIRNCROSS & HEMPELMANN, P.S.

*s/ Stephen P. VanDerhoef*
*s/ Randall P. Olsen*
*s/ Jonathan D. Tebbs*
Stephen P. Vanderhoef WSBA No. 20088
E-mail: svanderhoef@cairncross.com
Randall P. Olsen, WSBA No. 38488
Email: rolsen@cairncross.com
Jonathan Tebbs WSBA No. 53861
E-mail: jtebbs@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants Michael J. Abernathy,
Gina M. Abernathy, Scott C. Baisch,
Jennifer C. Baisch, Jody J. Brewster,
Howard M. Crow, Margaret W. Crow,
Andrzej Milkowski, Lisa M. Milkowski,
Michael Parrott, and Diane Parrott


STEPHENS & KLINGE LLP


By: *s/ Richard M. Stephens*
Richard M. Stephens, WSBA #21776
Email: stephens@sklegal.pro
Charles A. Klinge, WSBA #26093

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

{04632082.DOCX;1 }

Stephens & Klinge LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
*Attorneys for Defendants Warren and Vicki Beres*

DAVIS WRIGHT TREMAINE LLP


By: *s/ Walker Stanovsky*
Clayton P. Graham, WSBA #38266
Email: claytongraham@dwt.com
James E. Howard, WSBA #37259
Email: jimhoward@dwt.com
Walker Stanovsky, WSBA # 49919
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
*Attorneys for Defendant Patricia J. Harrell*


DANIEL T. SATTERBERG
King County Prosecuting Attorney


By: *s/Emily J. Harris*
EMILY J. HARRIS, WSBA #35763
BENJAMIN C. BYERS, WSBA #52299
Special Deputy Prosecuting Attorneys
Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600 / Fax: (206) 625-0900
Email: eharris@corrcronin.com
bbyers@corrcronin.com
*Attorneys for Plaintiff King County*

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 4

{04632082.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308