THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; ANDREW J. FARACI; ALLISA E. FARACI; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; and 2263 E LAKE SAMMAMISH PL SAMMAMISH LLC, a Washington limited liability company;<br><br>                    Defendants. | No. 2:20-cv-00060-DGE<br><br>**NOTICE OF APPEARANCE**<br><br>*Clerk's Action Required* |

TO:        Clerk of the Court;

AND TO:    All parties and counsel of record.

        PLEASE TAKE NOTICE that Elisa J. Wood of the King County Prosecuting Attorney's Office hereby enters her appearance in the above-entitled proceeding on behalf of Plaintiff King County.  All further pleadings or notices of any nature whatsoever, except original process, in this case may be served upon said Plaintiff by delivering a copy thereof to the undersigned at

NOTICE OF APPEARANCE – 1
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

the address below.  Plaintiff reserves and does not waive any defenses, including, but not limited to, insufficiency of service or lack of jurisdiction.

DATED this 26th day of March, 2024.

*s/ Elisa J. Wood*
Elisa J. Wood, WSBA No. 47421
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
elwood@kingcounty.gov

*s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
Special Deputy Prosecuting Attorneys
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
eharris@corrcronin.com

David Hackett, WSBA No. 21236
Senior Deputy Prosecuting Attorney
Office of the King County Executive
401 Fifth Avenue, Suite 800
Seattle, WA 98104
david.hackett@kingcounty.gov

NOTICE OF APPEARANCE – 2
No. 2:20-cv-00060-DGE

# CERTIFICATE OF SERVICE

The undersigned certifies as follows:

On March 26, 2024, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

| | |
|---|---|
| Stephen P. Vanderhoef<br>Randall P. Olsen<br>Jonathan Tebbs<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Email: svanderhoef@cairncross.com<br>Email: rolsen@cairncross.com<br>Email: jtebbs@cairncross.com<br>*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diana Parrott, 2263 E Lake Sammamish PL Sammamish LLC, a Washington limited liability company* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Richard M. Stephens<br>Stephens & Klinge LLP<br>601 – 108th Avenue NE, Suite 1900<br>Bellevue, WA 98004<br>Email: Stephens@SKLegal.pro<br>*Attorneys for Defendants Warren Beres and Vicki Beres* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Clayton Graham<br>James E. Howard<br>Walker Stanovsky<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104<br>Email: claytongraham@dwt.com<br>Email: jimhoward@dwt.com<br>Email: walkerstanovsky@dwt.com<br>*Attorneys for Defendant Patricia J. Harrell* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

NOTICE OF APPEARANCE – 3
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington on March 26, 2024.

*s/ Elizabeth F. Roth*
Elizabeth F. Roth
NOTICE OF APPEARANCE – 4
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900