THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; ANDREW J. FARACI; ALLISA E. FARACI; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; and 2263 E LAKE SAMMAMISH PL SAMMAMISH LLC, a Washington limited liability company;<br><br>Defendants. | No. 2:20-cv-00060-DGE<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order of July 19, 2022 (Dkt. 150), the parties hereby submit this Joint Status Report and inform the Court as follows.

The Washington Supreme Court issued its decision in response to the Order Certifying Question on January 25, 2024, which became final on February 24, 2024. The parties have conferred and agree to a 90-day stay of activities in this Court to allow the parties to engage in discussion that may lead to the resolution of the matter.

JOINT STATUS REPORT AND DISCOVERY PLAN – 1
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

DATED:     March 26, 2024.

| | |
|---|---|
| CORR CRONIN LLP<br><br>By: *s/Emily Harris*<br><br>Emily J. Harris, WSBA No. 35763<br>Special Deputy Prosecuting Attorneys<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>Email: eharris@corrcronin.com<br><br>David Hackett, WSBA No. 21236<br>Senior Deputy Prosecuting Attorney<br>Office of the King County Executive<br>401 Fifth Avenue, Suite 800<br>Seattle, WA 98104<br>david.hackett@kingcounty.gov<br><br>Elisa J. Wood, WSBA No. 47421<br>Senior Deputy Prosecuting Attorney<br>King County Prosecuting Attorney's Office<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>Email: elwood@kingcounty.gov<br><br>*Attorneys for Plaintiff King County* | CAIRNCROSS & HEMPELMANN, P.S.<br><br>By: *s/Randall P. Olsen* (by email permission 3/20/2024)<br>Stephen P. Vanderhoef, WSBA No. 20088<br>Randall P. Olsen, WSBA No. 38488<br>Jonathan Tebbs, WSBA No. 53861<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Email: svanderhoef@cairncross.com<br>Email: rolsen@cairncross.com<br>Email: jtebbs@cairncross.com<br><br>*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diane Parrott, and 2263 E Lake Sammamish PL Sammamish LLC, a Washington limited liability company*<br><br>STEPHENS & KLINGE LLP<br><br>By: s/ *Richard M. Stephens* (by email permission 3/20/2024)<br>Richard M. Stephens, WSBA #21776<br>Charles A. Klinge, WSBA #26093<br>10900 NE 4th Street, Suite 2300<br>Bellevue, WA 98004<br>Email: stephens@sklegal.pro<br><br>*Attorneys for Defendants Warren and Vicki Beres*<br><br>DAVIS WRIGHT TREMAINE LLP<br><br>By: *s/Clayton Graham* (by email permission 3/20/2024)<br>Clayton Graham, WSBA No. 38266<br>James E. Howard, WSBA No. 37259<br>Walker Stanovsky, WSBA No. 49919<br>920 Fifth Avenue, Suite 3300 |

JOINT STATUS REPORT AND DISCOVERY PLAN – 2
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: claytongraham@dwt.com
Email: jimhoward@dwt.com
Email: walkerstanovsky@dwt.com

*Attorneys for Defendant Patricia J. Harrell*

JOINT STATUS REPORT AND DISCOVERY PLAN – 3
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

On March 26, 2024, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

| | |
|---|---|
| Stephen P. Vanderhoef<br>Randall P. Olsen<br>Jonathan Tebbs<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Email: svanderhoef@cairncross.com<br>Email: rolsen@cairncross.com<br>Email: jtebbs@cairncross.com<br>*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diana Parrott, 2263 E Lake Sammamish PL Sammamish LLC, a Washington limited liability company* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Richard M. Stephens<br>Stephens & Klinge LLP<br>601 – 108th Avenue NE, Suite 1900<br>Bellevue, WA 98004<br>Email: Stephens@SKLegal.pro<br>*Attorneys for Defendants Warren Beres and Vicki Beres* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Clayton Graham<br>James E. Howard<br>Walker Stanovsky<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104<br>Email: claytongraham@dwt.com<br>Email: jimhoward@dwt.com<br>Email: walkerstanovsky@dwt.com<br>*Attorneys for Defendant Patricia J. Harrell* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

JOINT STATUS REPORT AND DISCOVERY PLAN – 4
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.
3  DATED at Seattle, Washington on March 26, 2024.

        *s/ Elizabeth F. Roth*
        Elizabeth F. Roth

JOINT STATUS REPORT AND DISCOVERY PLAN – 5
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900