Supreme Court No. 101075-3

IN THE SUPREME COURT
OF THE STATE OF WASHINGTON

---

CERTIFICATION FROM UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF
WASHINGTON
IN

KING COUNTY, a home rule charter county,

Plaintiff/Appellant,

v.

MICHAEL J. ABERNATHY; GINA M. ABERNATHY;
SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN
BERES; VICKI BERES; JODY J. BREWSTER; ANDREW J.
FARACI; ALLISA E. FARACI; PATRICIA J. HARRELL;
ANDRZEJ MILKOWSKI; LISA M. MILKOWSKI;
MICHAEL PARROTT; AND DIANA PARROTT,

Defendants/Appellees.

---

**APPEARANCE OF COUNSEL**

---

DAVID HACKETT, WSBA #21236
Senior Deputy Prosecuting Attorney
King County
Prosecuting Attorney's Office
500 Fourth Ave., 9th Floor
Seattle, WA 98104
(206) 296-8820
david.hackett@kingcounty.gov

EMILY J. HARRIS, WSBA #35763
Special Deputy Prosecuting Attorneys
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600
eharris@corrcronin.com

PLEASE TAKE NOTICE that I Elisa J. Wood am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the King County Prosecuting Attorney's Office. Any and all further pleadings or notices of any nature whatsoever, except original process, should be served upon Elisa J. Wood at the address below stated as well. Plaintiffs will continue to be represented by Dvid Hackett SDPA and Emily J. Harris of Corr Cronin LLP.

DATED this 25th day of November, 2024.

*s/ Elisa J. Wood*
Elisa J. Wood, WSBA # 47421
Senior Deputy Prosecuting Attorney King County
Prosecuting Attorney's Office 701 5th Avenue, Suite 600
Seattle, WA 98104

(206) 263-5619
elwood@kingcounty.gov
*Attorney for Appellants/ Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies as follows:

On this date, I served a true and correct copy of the foregoing Notice to be served via the Appellate Court E-File Portal and e-mail on the following attorneys of record herein:

>Clayton Paul Graham
>James E. Howard
>Walker Stanovsky
>Davis Wright Tremaine LLP
>920 Fifth Avenue, Suite 3300
>Seattle, WA  98104-1610
>claytongraham@dwt.com
>jimhoward@dwt.com
>walkerstanovsky@dwt.com
>*Attorneys for Appellees*

>Jonathan David Tebbs
>Maxwell Christopher Burke
>Randall P. Olsen
>Stephen P. VanDerhoef
>Cairncross & Hempelmann PS
>524 Second Avenue, Suite 500
>Seattle, WA  98104-2323
>jtebbs@cairncross.com
>mburke@cairncross.com
>rolsen@cairncross.com
>svanderhoef@cairncross.com
>*Attorneys for Appellees*

Richard M. Stephens
Stephens & Klinge LLP
601 – 108th Avenue NE, Suite 1900
Bellevue, WA 98004
Stephens@SKLegal.pro
*Attorneys for Defendants Warren Beres
and Vicki Beres*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 25th day of November, 2024.  at Seattle, Washington.

<u>s/ Riley C. Stroeder</u>
Riley C. Stroeder