HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KING COUNTY, a home rule charter county,

Plaintiff,

v.

MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; AND 2263 E LAKE SAMMAMISH PL SAMMAMISH, LLC, a Washington limited liability company,

Defendants.

NO. 2:20-CV-00060-DGE

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION

THIS MATTER came before the Court on the Stipulated Motion of the Parties to Substitute Named Defendant and Amend Case Caption. The Court has reviewed and considered the Motion and all other relevant pleadings and papers filed in this action. The Court, being fully advised, hereby finds that Daniel Lu and Joan Chang now hold the property interests that made Defendant 2263 E Lake Sammamish Pl Sammamish, LLC a proper party to this lawsuit. Therefore, under Fed. R. Civ. P. 25(c), Daniel Lu and Joan Chang should be substituted for 2263 E Lake Sammamish PL Sammamish, LLC as Defendants in this lawsuit.

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 1

{04632082.DOCX;1 }

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700  fax 206 587 2308

1   NOW, THEREFORE, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

2   1. The Stipulated Motion to Substitute Named Defendants and Amend Case Caption is GRANTED.

3   2. Daniel Lu and Joan Chang are SUBSTITUTED for Defendant 2263 E Lake Sammamish Pl Sammamish, LLC as parties in this case.

4   3. The case caption is AMENDED to read as follows:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; HOWARD M. CROW; MARGARET W. CROW; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; DANIEL LU; AND JOAN CHANG,<br><br>Defendants. | NO. 2:20-CV-00060-DGE |

DONE IN COURT this 10th day of December 2024.

_____
DAVID G. ESTUDILLO
U.S. District Judge

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

4895-4451-6080, v. 1

Presented By:

CAIRNCROSS & HEMPELMANN, P.S.

*s/ Randall P. Olsen*
Stephen P. VanDerhoef, WSBA No. 20088
E-mail: svanderhoef@cairncross.com
Randall P. Olsen, WSBA No. 38488
Email: rolsen@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Howard M. Crow, Margaret W. Crow, Michael Parrott, Diane Parrott, Daniel Lu and Joan Chang, and 2263 E Lake Sammamish Pl Sammamish LLC


STEPHENS & KLINGE LLP

By:  *s/ Richard M. Stephens*
Richard M. Stephens, WSBA #21776
Email: stephens@sklegal.pro
Charles A. Klinge, WSBA #26093
Stephens & Klinge LLP
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
*Attorneys for Defendants Warren and Vicki Beres*

DAVIS WRIGHT TREMAINE LLP

By:  *s/ Clayton P. Graham*
Clayton P. Graham, WSBA #38266
Email: claytongraham@dwt.com
James E. Howard, WSBA #37259
Email: jimhoward@dwt.com
Walker Stanovsky, WSBA # 49919

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 3

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

4895-4451-6080, v. 1

1  920 Fifth Avenue, Suite 3300
   Seattle, WA 98104
2  Telephone: (206) 622-3150
3  Facsimile: (206) 757-7700
   *Attorneys for Defendant Patricia J. Harrell*

4

5  DANIEL T. SATTERBERG
   King County Prosecuting Attorney
6

7
   By: *s/ Emily J. Harris*
8  EMILY J. HARRIS, WSBA #35763
   Special Deputy Prosecuting Attorneys
9  Corr Cronin LLP
   1001 Fourth Avenue, Suite 3900
10 Seattle, WA 98154
   Telephone: (206) 625-8600 / Fax: (206) 625-0900
11 Email: eharris@corrcronin.com
12 *Attorneys for Plaintiff King County*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE NAMED DEFENDANT AND AMEND CASE CAPTION - 4

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308

4895-4451-6080, v. 1