THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; ANDREW J. FARACI; ALLISA E. FARACI; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; and 2263 E LAKE SAMMAMISH PL SAMMAMISH LLC, a Washington limited liability company;<br><br>Defendants. | No. 2:20-cv-00060-DGE<br><br>**JOINT STATUS REPORT RE CASE RESOLUTION** |

    King County and Defendants hereby submit this Joint Status Report and inform the Court as follows.

    The Washington Supreme Court issued its decision in response to the Order Certifying Question on January 25, 2024, which became final on February 24, 2024. Thereafter, the parties conferred and previously agreed to a 90-day stay of activities in this Court to allow the parties to engage in discussion that may lead to the resolution of the matter.

JOINT STATUS REPORT– 1
No. 2:20-cv-00060-DGE

1   The parties have continued their settlement discussions, which involve complicated

2   property rights issues, and agree to a further 60-day stay of activities in this Court to allow the

3   parties to continue to engage in discussions that may lead to the resolution of this matter.

4   DATED:   January 24, 2025.

| | |
|---|---|
| CORR CRONIN LLP | CAIRNCROSS & HEMPELMANN, P.S. |
| By: *s/Emily Harris* | By: *s/Randall P. Olsen* (by email permission 1/24/2025) |
| Emily J. Harris, WSBA No. 35763<br>Special Deputy Prosecuting Attorneys<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104<br>Email: eharris@corrcronin.com | Stephen P. Vanderhoef, WSBA No. 20088<br>Randall P. Olsen, WSBA No. 38488<br>Jonathan Tebbs, WSBA No. 53861<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Email: svanderhoef@cairncross.com<br>Email: rolsen@cairncross.com<br>Email: jtebbs@cairncross.com |
| David Hackett, WSBA No. 21236<br>Senior Deputy Prosecuting Attorney<br>Office of the King County Executive<br>401 Fifth Avenue, Suite 800<br>Seattle, WA 98104<br>david.hackett@kingcounty.gov | *Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diane Parrott, and 2263 E Lake Sammamish PL Sammamish LLC, a Washington limited liability company* |
| Elisa J. Wood, WSBA No. 47421<br>Senior Deputy Prosecuting Attorney<br>King County Prosecuting Attorney's Office<br>701 Fifth Avenue, Suite 600<br>Seattle, WA 98104<br>Email: elwood@kingcounty.gov | STEPHENS & KLINGE LLP<br><br>By: *s/ Richard M. Stephens* (by email permission 1/24/2025)<br>Richard M. Stephens, WSBA #21776<br>Charles A. Klinge, WSBA #26093<br>10900 NE 4th Street, Suite 2300<br>Bellevue, WA 98004<br>Email: stephens@sklegal.pro |
| *Attorneys for Plaintiff King County* | *Attorneys for Defendants Warren and Vicki Beres* |
| | DAVIS WRIGHT TREMAINE LLP<br><br>By: *s/Walker Stanovsky* (by email permission 1/24/2025)<br>Clayton Graham, WSBA No. 38266 |

JOINT STATUS REPORT– 2
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

James E. Howard, WSBA No. 37259
Walker Stanovsky, WSBA No. 49919
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: claytongraham@dwt.com
Email: jimhoward@dwt.com
Email: walkerstanovsky@dwt.com

*Attorneys for Defendant Patricia J. Harrell*

JOINT STATUS REPORT– 3
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

On January 24, 2025, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

| | |
|---|---|
| Stephen P. Vanderhoef<br>Randall P. Olsen<br>Jonathan Tebbs<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Email: svanderhoef@cairncross.com<br>Email: rolsen@cairncross.com<br>Email: jtebbs@cairncross.com<br>*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diana Parrott, 2263 E Lake Sammamish PL Sammamish LLC, a Washington limited liability company* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Richard M. Stephens<br>Stephens & Klinge LLP<br>601 – 108th Avenue NE, Suite 1900<br>Bellevue, WA 98004<br>Email: Stephens@SKLegal.pro<br>*Attorneys for Defendants Warren Beres and Vicki Beres* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Clayton Graham<br>James E. Howard<br>Walker Stanovsky<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104<br>Email: claytongraham@dwt.com<br>Email: jimhoward@dwt.com<br>Email: walkerstanovsky@dwt.com<br>*Attorneys for Defendant Patricia J. Harrell* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

JOINT STATUS REPORT– 4
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED at Seattle, Washington on January 24, 2025.

*s/ Elizabeth F. Roth*
Elizabeth F. Roth, Legal Secretary

JOINT STATUS REPORT– 5
No. 2:20-cv-00060-DGE

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900