UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KING COUNTY,<br><br>                Plaintiff,<br>    v.<br><br>MICHAEL J ABERNATHY,<br><br>                Defendant. | CASE NO. 2:20-cv-00060-DGE-SKV<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Pursuant to their Joint Status Report (Dkt. No. 164), the Parties shall update the Court as to the status of their settlement negotiations on or before March 25, 2025. The Clerk shall calendar this event.

Dated this 3rd day of February 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 1

MINUTE ORDER - 2