THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY, a home rule charter county,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ABERNATHY; GINA M. ABERNATHY; SCOTT C. BAISCH; JENNIFER C. BAISCH; WARREN BERES; VICKI BERES; JODY J. BREWSTER; PATRICIA J. HARRELL; MICHAEL PARROTT; DIANE PARROTT; DANIEL LU; AND JOAN CHANG,<br><br>Defendants. | No. 2:20-cv-00060-DGE<br><br>**JOINT STATUS REPORT RE CASE RESOLUTION** |

King County and Defendants, except for Patricia J. Harrell,[1] hereby submit this Joint Status Report and inform the Court as follows.

The Washington Supreme Court issued its decision in response to the Order Certifying Question on January 25, 2024, which became final on February 24, 2024. Thereafter, the parties conferred and previously agreed to a 60-day stay of activities in this Court to allow the parties to

---

[1] The County did not receive a response from Ms. Harrell's counsel confirming authorization to sign this joint status report prior to the time it was filed.

JOINT STATUS REPORT– 1
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

engage in discussion that may lead to the resolution of the matter. Additional extensions of the stay have occurred.

The parties have continued their settlement discussions, which involve complicated multi-party property rights issues. Settlement discussions have continued to progress, narrowing the areas of dispute. Several of the defendants are very close to entering into settlement agreements. King County and all defendants agree to a further 60-day stay of activities in this Court to allow the parties to continue to engage in discussions that may lead to the resolution of this matter.

DATED: January 28, 2026.

CORR CRONIN LLP

By: s/Emily Harris
Emily J. Harris, WSBA No. 35763
Special Deputy Prosecuting Attorneys
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Email: eharris@corrcronin.com

David Hackett, WSBA No. 21236
Senior Deputy Prosecuting Attorney
Office of the King County Executive
401 Fifth Avenue, Suite 800
Seattle, WA 98104
david.hackett@kingcounty.gov

Elisa J. Wood, WSBA No. 47421
Senior Deputy Prosecuting Attorney
King County Prosecuting Attorney's Office
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Email: elwood@kingcounty.gov

*Attorneys for Plaintiff King County*

CAIRNCROSS & HEMPELMANN, P.S.

By: s/ Randall P. Olsen (with email permission
Stephen P. Vanderhoef, WSBA No. 20088
Randall P. Olsen, WSBA No. 38488
Jonathan Tebbs, WSBA No. 53861
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Email: svanderhoef@cairncross.com
Email: rolsen@cairncross.com
Email: jtebbs@cairncross.com

*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diane Parrott, Daniel Lu; And Joan Chang,*

STEPHENS & KLINGE LLP

By: s/Richard M. Stevens(with email permission)
Richard M. Stephens, WSBA #21776
Charles A. Klinge, WSBA #26093
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004
Email: stephens@sklegal.pro

*Attorneys for Defendants Warren and Vicki Beres*

JOINT STATUS REPORT– 2
No. 2:20-cv-00060-DGE

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

The undersigned certifies as follows:

On January 28, 2026, I caused a true and correct copy of the foregoing document to be served on the following in the manner indicated below:

| | |
|---|---|
| Stephen P. Vanderhoef<br>Randall P. Olsen<br>Jonathan Tebbs<br>Cairncross & Hempelmann, P.S.<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104-2323<br>Email: svanderhoef@cairncross.com<br>Email: rolsen@cairncross.com<br>Email: jtebbs@cairncross.com<br>*Attorneys for Defendants Michael J. Abernathy, Gina M. Abernathy, Scott C. Baisch, Jennifer C. Baisch, Jody J. Brewster, Michael Parrott, Diana Parrott, 2263 E Lake Sammamish PL Sammamish LLC, a Washington limited liability company* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Richard M. Stephens<br>Stephens & Klinge LLP<br>601 – 108th Avenue NE, Suite 1900<br>Bellevue, WA 98004<br>Email: Stephens@SKLegal.pro<br>*Attorneys for Defendants Warren Beres and Vicki Beres* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |
| Clayton Graham<br>James E. Howard<br>Walker Stanovsky<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue<br>Suite 3300<br>Seattle, WA 98104<br>Email: claytongraham@dwt.com<br>Email: jimhoward@dwt.com<br>Email: walkerstanovsky@dwt.com<br>*Attorneys for Defendant Patricia J. Harrell* | ☐ Legal Messenger<br>☒ E-Mail<br>☒ ECF/E-Service<br>☐ 1st Class Mail<br>☐ Overnight Mail |

JOINT STATUS REPORT– 3
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

1   I declare under penalty of perjury under the laws of the United States of America that
2   the foregoing is true and correct.
3   DATED at Seattle, Washington on January 28, 2026.

<u>s/ Elizabeth F. Roth</u><br>
Elizabeth F. Roth, Legal Secretary

JOINT STATUS REPORT– 4
No. 2:20-cv-00060-DGE

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900