UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

Plaintiff,

v.

MICHAEL J. ABERNATHY et al,

Defendants.

CASE NO. 2:20-cv-00060-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

Pursuant to the Parties' latest joint status report (Dkt. No. 185), the Parties shall update the Court on the status of their settlement negotiations **no later than February 1, 2027**.

The Clerk shall calendar this event.

Dated this 2nd day of November, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.